1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

KEVIN PUA,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

No.  CR 06-00030 JSW

~~[PROPOSED]~~ STIPULATED ORDER
CONTINUING CHANGE OF PLEA
HEARING

**Current Hearing Date:** Wednesday,
October 25, 2006

**Proposed Hearing Date**: Thursday,
December 14, 2006 at 2:30 pm

  The defendant Kevin Pua, along with his co-defendants, last appeared before the Court on September 28, 2006 for a status hearing.  The Court continued Mr. Pua's case until Wednesday, October 25, 2006 for a change of plea.  The parties have now jointly requested that the entry of plea be continued until Thursday, December 14, 2006 at 2:30 pm.

  The parties further represent that the government has just provided a large amount of additional discovery to Mr. Kalar in the form of a number of compact disks.  The parties request exclusion of time under the Speedy Trial Act from September 28, 2006 until December 14, 2006, to permit Mr. Kalar adequate time to review this new discovery before entry of plea.

  Therefore, for good cause shown the hearing for change of plea on October 25 is vacated.  This

*Pua*, CR 06-00030 JSW
ORD. CONT. HEARING

1    matter shall be added to the Court's calender on Thursday, December 14, 2006 at 2:30 for change of

2    plea.  Time shall be excluded under the Speedy Trial Act from September 28, 2006 until December

3    14, 2006 to permit for the effective preparation of defense counsel.

4

5    IT IS SO ORDERED.

6    October 24, 2006

7    _____        _____
     DATED                          JEFFREY S. WHITE
                                    United States District Court Judge
8

9    IT IS SO STIPULATED.

10

11   _____         /s_____
     DATED                          KEVIN V. RYAN
                                    United States Attorney
12                                  Northern District of California
                                    KYLE WALDINGER
13                                  Assistant United States Attorney

14

15   _____         /s_____
     DATED                          BARRY J. PORTMAN
16                                  Federal Public Defender
                                    Northern District of California
17                                  STEVEN G. KALAR
                                    Assistant Federal Public Defender

18

19

20

21

22

23

24

25

26