1  STEVEN F. GRUEL (CSBN 213148)
   Attorney at Law
2
   655 Montgomery Street, Suite 1700
3  San Francisco, California 94122
   Telephone Number (415) 989-1253
4  Fax Number (415) 576-1442
   attystevengruel@sbcglobal.net
5
   Attorney for Nancy Pua
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11  UNITED STATES OF AMERICA,       )  No. CR-06-00030-JSW
                                    )
12          Plaintiff,               )  STIPULATION AND [PROPOSED]
                                    )  ORDER REMOVING PRETRIAL
13      Vs.                          )  RELEASE CONDITION OF
                                    )  ELECTRONIC MONITORING
14  NANCY PUA, et al.                )
                                    )
15          Defendants.              )
                                    )
16                                   )
                                    )
17  _____)

18      Defendant Nancy Pua, by and through their attorney, Steven F. Gruel, hereby requests that

19  the condition of her pretrial release requiring electronic monitoring [electronic bracelet] be

20  removed. Ms. Pua has pleaded guilty in this case and is scheduled to be sentenced on August 30,

21  2007. Since Ms. Pua's appearance before this Court regarding her curfew violations she has

22  been in compliance with her pretrial release conditions.

23      The government does not oppose and stipulates to this defense request. Further, the pretrial

24  service officer assigned to Ms. Pua's case has been contacted and concurs in this defense request.

25

26
            STIPULATION AND [PROPOSED] ORDER REMOVING PRETRIAL
               RELEASE CONDITION OF ELECTRONIC MONITORING

                                    - 1

All other conditions of Ms. Pua's pretrial release shall remain in effect.

SO STIPULATED:

DATED: May 16, 2007

/s/
STEVEN F. GRUEL,
Attorney for Nancy Pua

DATED: May 16, 2007     /s/
KYLE WALDINGER
Assistant United States Attorney

[PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the condition of defendant Nancy Pua's pretrial release requiring electronic monitoring [electronic bracelet] is hereby removed. All other conditions of Ms. Pua's pretrial release shall remain in effect.

IT IS SO ORDERED.
5/17/2007

HONORABLE JEFFREY S. WHITE
United States District Court